GRIFFITH & OTHERS v. THE PRESIDENT & DIRECTOS OF THE COMMONWEALTH BANK OF KENTUCKY,

The decision of the court, in the case of the Commonwealth of Ky. v. David Clark, (See page 59) re-affirmed.

ERROR to the circuit court of Callaway county.

The president and directors of the bank brought their action against the defendants.—The defendants pleaded several pleas, that which alone is material to be noticed here is, that the note sued on, was made by the defendants to the plaintiffs in consideration of paper of said bank of the commonwealth of Kentucky and that the said paper was bills of credit, within the meaning of the constitution of the United States, issued on the credit of the State, The replication to this plea denies that the said bank paper or the notes of said bank were issued on the credit of the State, or that they are bills of credit. The charter of the bank was read in evidence.

TOMPKINS J. delivered the opinion of the court.

The same question arises in this case that did in the case of the bank of the commonwealth of Ky. v. David Clark, decided by this court at its April term in the second judicial district, in the year 1835. There the char-

Statement of the case.

Opinion of the court

ter of the bank was set out in the plea; here it was read in evidence to support the issue made up, and is preserved in the bill of exceptions. The court being satisfied with the opinion given on the former occasion, will do nothing more than refer to it. It may be found on the 59th page of the first semi-annual part of thh 4th vol. of the Missouri decisions.

The judgment of the circuit court, for the reasons given in the opinion delivered in that case is reversed.